# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ashley R. Mansberry                      CHAPTER 7
       William E. Mansberry

                                       BKY. NO. 19-24604 GLT
                 Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                           Respectfully submitted,

                                           **/s/James C. Warmbrodt, Esquire**
                                           James C. Warmbrodt, Esquire
                                           Attorney I.D. No. 42524
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           412-430-3594
                                           jwarmbrodt@kmllawgroup.com